ACCEPTED
04-15-00154-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
7/22/2015 3:38:40 PM
KEITH HOTTLE
CLERK

# THE LOCKE LAW GROUP

1008 South Alamo
San Antonio, Texas 78210

Telephone
(210) 229-8300

Facsimile
(210) 229-8301

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

7/22/2015 3:38:40 PM

KEITH E. HOTTLE
Clerk

July 22, 2015

Mr. Keith E. Hottle
Clerk of the Court
Fourth Court of Appeals
Cadena Reeves Justice Center
300 Dolorosa Street, Suite 3200
San Antonio, Texas 78205

*by facsimile :210.335.2762*

Re:     Case N. 2014CR7767/ 2014CR10163
        Sallia Vasquez
        v.
        State of Texas

Mr. Hottle,

Please know that our office will not be filing an appellate brief on behalf of Ms. Vasquez. The notice of appeal was filed by the trial attorney before our representation began.

We have prepared a Motion to Dismiss that we will promptly file with the court upon receiving the signature of our client, Ms. Vasquez. Since she is incarcerated in another area of the state, we are in a position that we must obtain her signature through the prison mail system. However, our client is aware that we not be filing an appeal but exercising alternative remedies on her behalf

Should you need any additional information, please feel free to contact me at 210.229.8300.

Respectfully,

Barry Dean Elliott